■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNICE G. WEBSTER, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of FRANCES WASYLUK, Respondent, against WEBB & KNAPP, INC. et al., Appellants and EQUITABLE OFFICE BLDG. CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Order of January 4, 1960 modified and the application of the appellant granted. The time to perfect appeal, file note of issue, and file and serve record and brief is extended to August 15, 1960 and the case placed on the September Term of this court for argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MICHAEL A. SCHIFF, an Infant, by DAVID SCHIFF, His Guardian ad Litem, et al., Appellants, v. JOHN ARBORIO, INC., Respondent.— Motion to dismiss appeal denied as moot, without costs. The papers on appeal are now fully filed and the case will be placed on the September Term Calendar. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ANTHONY J. CACCIOLI et al., Respondents, GENERAL ELECTRIC COMPANY, Appellant. ISADOR LUBIN, Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of SAUL WHITE, Petitioner, against JOSEPH H. MURPHY et al., Constituting the State Tax Commission, Respondents.— Motion by Fred A. Williams, Henry N. Schroder, Jr. and Robert R. Havill for permission to file a brief *amicus curiæ* granted. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD A. SMITH, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for an extension of time within which to perfect appeal. Motion granted and time is extended to August 20, 1960. Motion, in all other respects, denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARGARET SCHUMM, Respondent, v. STATE OF NEW YORK, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before July 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ROSE ORZO, Appellant, against GRINLO CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN McGUINNESS, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for an extension of time within which to perfect appeal granted and time is extended for 90 days. Motion in all other